UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
07-CV-2131(JMR/AJB)


Kofi Yeboah                    )
                               )
         v.                    )        ORDER
                               )
Terry Carlson, Warden          )


     This matter is before the Court for consideration of the Report and Recommendation, issued February 8, 2008 [Docket No. 3], by the Honorable Arthur J. Boylan, United States Magistrate Judge. The Report recommended that the petition be dismissed with prejudice. Plaintiff, pro se, timely filed two sets of objections pursuant to Local Rule 72.2; the Court has considered both as a single filing.

     Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

     1.  Plaintiff's application for a writ of habeas corpus is denied.  [Docket No. 1]

     2.  This action is dismissed with prejudice.

     3. Plaintiff's motion for summary judgment [Docket No. 18] is denied as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 25, 2008

                                    s/ JAMES M. ROSENBAUM
                                    JAMES M. ROSENBAUM
                                    United States Chief District Judge